

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2017**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TANDY BRANDS ACCESSORIES, INC., | § | CASE NO. 14-31252-BJH-7 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| DIANE G. REED, AS CHAPTER 7 TRUSTEE | § | |
| OF TANDY BRANDS ACCESSORIES, INC., | § | |
| TBAC INVESTMENT TRUST, AND TANDY | § | |
| BRANDS ACCESSORIES HANDBAGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 16-03061 |
| | § | |
| 360 MERCHANT SOLUTIONS LLC, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION AND ORDER OF DISMISSAL

DIANE G. REED as Chapter 7 Trustee (the "TRUSTEE") of Tandy Brands Accessories,

Inc., TBAC Investment Trust, and Tandy Brands Accessories Handbags, Inc. (collectively, the

"Debtors"), and 360 Merchant Solutions, LLC, the above-captioned Defendant ("360 MS" or the

___

**STIPULATION AND ORDER OF DISMISSAL— Page 1 of 3**

"Defendant", and together with the Trustee, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows, and based upon such stipulation, THE COURT HEREBY FINDS THAT:

WHEREAS, on April 22, 2016, the Trustee filed a complaint (the "Complaint") commencing the above-captioned adversary proceeding (the "Adversary Proceeding") against Defendant 360 MS seeking to recover $503,000 from 360 MS pursuant to Sections 549 and 550(a)(1) of the Bankruptcy Code; and

WHEREAS, on September 30, 2016, the Defendant filed an answer (the "Answer") to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties:

1. The Adversary Proceeding be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

2. Notwithstanding the dismissal with prejudice of the Adversary Proceeding, 360 MS agrees that it shall timely respond to the following discovery that was served on 360 MS on January 17, 2017: (i) the Trustee's First Requests for Admission to Defendant; (ii) the Trustee's First Request for Production of Documents to Defendant; and (iii) the Trustee's First Set of Interrogatories to Defendant.

Dated:        January 27, 2017

**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)

By:  */s/ David W. Elmquist*
    David W. Elmquist – SBT #06591300

**ATTORNEYS FOR PLAINTIFF
DIANE REED, CHAPTER 7 TRUSTEE**

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  /s/ *Thomas Berghman*
Joseph J. Wielebinski (SBT #24030781)
Thomas D. Berghman (SBT #24082683)
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
(214) 855-7500
(212) 855-7584 (Fax)
jwielebinksi@munsch.com
tberghman@munsch.com

**DICONZA TRAURIG KADISH, LLP**
Maura I. Russell (MR 1178)
630 Third Avenue – 7th Floor
New York, New York 10017
(212) 682-4940
(212) 682-4949 (Fax)
mrussell@dtklawgroup.com

**# END OF STIPULATION AND ORDER OF DISMISSAL #**